UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

SPRING CREEK REHABILITATION AND     :
NURSING CENTER LLC d/b/a Spring Creek :
Healthcare Center,                              :      **Case No. 24-cv-09016**

                    *Plaintiff*,              :

          v.                                 :      **Hon. Jamel K. Semper**

NATIONAL LABOR RELATIONS BOARD,   :
JENNIFER ABRUZZO, LAUREN M.           :
McFERREN, MARVIN E. KAPLAN,
GWYNNE A. WILCOX, DAVID M. PROUTY :
AND JEFFREY GARDNER,                     :

                    *Defendants*.          :

**APPLICATION FOR ORDER TO SHOW CAUSE**
**FOR EMERGENCY RELIEF IN THE FORM OF A PRELIMINARY INJUNCTION**
**AND <u>TEMPORARY RESTRAINING ORDER</u>**

Plaintiff, Spring Creek Rehabilitation and Nursing Center LLC d/b/a Spring Creek

Healthcare Center ("Spring Creek"), by its counsel, Louis J. Capozzi, Jr., pursuant to F.R. Civ.P.

65 and L. Civ. R. 65.1, apply to this Court for entry of an Order to Show Cause for Emergency

Relief in the form of a Preliminary Injunction and Temporary Restraining Order.  A proposed

form of Order to Show Cause is attached hereto.

In support of the issuance of the proposed form of Order, Spring Creek has attached the

Affidavit of Chaim Brecher (Exhibit A) and a copy of the Complaint (Doc. 1) as filed in this

matter (Exhibit B).  In addition, Spring Creek is filing concurrently with this Application, a Brief

in Support pursuant to L. Civ. R. 7.2.  The attached exhibits, incorporated by reference herein,

demonstrate that the requirements of L. Civ. R. 65.1 are met for emergency relief, including a

temporary restraining order.

Spring Creek seeks a stay of proceedings before the National Labor Relations Board in

Case No. 22-CA-281616, the hearing in which is scheduled to convene on September 17, 2024 in

Newark, NJ, which proceedings will result in immediate and irreparable injury to Spring Creek before the adverse parties in this matter could be heard in opposition.  Spring Creek has certified below its efforts to give the adverse parties notice and the reasons why notice should not be required.  The proceedings before the National Labor Relations Board, as further demonstrated in Spring Creek's supporting Brief, would violate Spring Creek's rights to be free from proceedings before an unconstitutionally structured administrative proceeding against it.  *See: Axon Enterprise Inc. v. FTC,* 598 U.S. 175 (2023) (such challenges may be brought initially in U.S. District Court); *Energy Transfer, LP v. NLRB,* __F.Supp.3d __, 2024 WL 3571494, No. 3:24-cv-198 (S.D. Tex – Galveston, July 29, 2024)(Motion granted); *Space Exploration Tech. Corp. v. NLRB,__ F.Supp.3d ___,* 2024 WL 3512082, No. W-24-CV-00203-ADA (W.D. Tex. – Waco, July 23, 2024) (Motion granted), appeal filed with 5th Cir. August 1, 2024  (Case No. 24-50627).

**Certification pursuant to L.Civ. R. 65.1**.  The undersigned attorney for Plaintiff hereby certifies that, on September 6, 2024, a copy of the as-filed Complaint was emailed to counsel for the General Counsel Robert E. Mulligan and the other parties in NLRB Case No. 22-CA-281616, with an inquiry as to any opposition to the relief requested therein and on September 9, 2024 Defendant Jeffrey P. Gardner was advised of the matter during a telephone conference.  On September 10, 2024, Steven A. Bieszczat entered his appearance as counsel for all Defendants.

WHEREFORE, Spring Creek requests the Court to enter the attached Order to Show

Cause, including the temporary restraining order.

Respectfully submitted,
**CAPOZZI ADLER, P.C.**

DATE: 9/10/2024            */s/ Louis J. Capozzi, Jr.*
LOUIS J. CAPOZZI, Jr.
N.J. Attorney I.D. 036051986
2933 North Front Street
Harrisburg, PA 17110-1250
Telephone: (717) 233-4101
FAX:        (717) 233-4103
Email: LouC@CapozziAdler.com
*Attorneys for Spring Creek*